UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 96-cr-00419-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LARRY CHARLES MOORE,

    Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant's Motion for Early Termination of Supervised Release [# 1060], filed April 21, 2006.  Per the Court's request, the Probation Department responded to Defendant's Motion on May 3, 2006.  In its response, which was submitted by Senior Probation Officer Kurt Pierpont, the Probation Department stated that it opposed Defendant's motion.

Title 18, United States Code, Section 3583(e)(1) provides that the Court may "terminate a term of supervised release . . . pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

Defendant's supervised release commenced on November 21, 2003.  Defendant states that since his release, he has had no violations of his supervision, has participated in drug testing, has maintained employment, and volunteers with a

program that mentors at-risk youth.  In opposing the Defendant's Motion, the Probation Department points to Defendant's Risk Prediction Index score of eight, which identifies him as a risk to public safety and someone who should not be considered for early termination.  It also notes that Defendant has already received the benefit of a substantial downward departure from the guideline range of imprisonment and that he has done little to improve his vocation goals.  I find the Probation Department's response helpful in making this determination and am persuaded that Defendant's supervised release should not be terminated at this time.  Based on the foregoing, it is

ORDERED that Defendant's Motion for Early Termination of Supervised Release is **DENIED**.

Dated:  May 22, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge